IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GARY ROAN**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | )   Civil No. **04-946-GPM** |
| | ) |
| **ADVANCED DATA COMMUNICATIONS**, | ) |
| | ) |
| Defendant. | ) |

# ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiffs' motion to compel defendant to respond to plaintiffs' First Set of Interrogatories and First Request for Production of Documents, propounded on or about June 2, 2005. **(Doc. 12).** Defendant has not responded to plaintiffs' discovery requests or the subject motion.

**IT IS THEREFORE ORDERED** that plaintiffs' motion to compel defendant to respond to plaintiffs' First Set of Interrogatories and First Request for Production of Documents **(Doc. 12)** is **GRANTED**. On or before **November 1, 2005**, defendant shall fully respond to plaintiffs' First Set of Interrogatories and First Request for Production of Documents.

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 37(a)(4)(A), on or before **November 1, 2005**, plaintiffs shall submit a bill of costs for the reasonable expenses incurred in making the motion to compel, including attorney's fees.

**IT IS FURTHER ORDERED** that defendant shall have until **November 15, 2005**, to object to the imposition of costs and/or the bill of costs.

**IT IS SO ORDERED.**

**DATED: October 19, 2005**

                                               **s/ Clifford J. Proud**
                                               **CLIFFORD J. PROUD**
                                               **U. S. MAGISTRATE JUDGE**